# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 12, 2012

BY ECF AND HAND DELIVERY
The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED
3/12/12
Chambers of
Leo Glasser
U.S.D.J.

RE:   U.S.A. v. Marcus Harris, 10 CR 712

Your Honor:

The parties jointly and respectfully request that the Court adjourn the sentencing in the above-captioned matter until July 9, 2012, at 10:30 a.m. We are awaiting the results of the New York Forensics evaluation.

Thank you for your attention to this matter.

Respectfully Submitted,

*Jan Rostal*

JAN A. ROSTAL, ESQ.
(718) 330-1207
Jan_Rostal@fd.org

cc:   Darren Laverne, AUSA
      John Almanza, USPO
      Defendant (MDC)

*Request Granted*
*So ordered*
*USDJ*
*3/12/12*